# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00276-CV

**In re West Oaks Rehabilitation & Healthcare Center and Regency IHS of West Oaks, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:  May 10, 2024

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00277-CV

**In re West Oaks Rehabilitation & Healthcare Center and Regency IHS of West Oaks, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: May 10, 2024

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00278-CV

**In re Riverside Nursing and Rehabilitation Center, and Regency IHS of Riverside, LLC**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

---

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: May 10, 2024

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00279-CV

### In re Regency IHS of West Oaks, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

 

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: May 10, 2024